UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEMINI INSURANCE COMPANY,

    Plaintiff,

        v.

MIDWEST BASEMENT TECHNOLOGIES,
BIG RIVER ZINC CORPORATION,

    Defendants.

Case No. 13-cv-130-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Voluntary Dismissal (Doc. 16) of claims against Big River Zinc Corporation ("Big River") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Gemini Insurance Company ("Gemini"). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action against a defendant without a court order at any time before the defendant serves an answer or a motion for summary judgment. Big River has not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss its claims against Big River at the present time, the Court finds that those claims are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

The dismissal of Big River from this case also resolves the motions to dismiss for lack of diversity subject matter jurisdiction filed by the defendants (Docs. 8 & 14). Both motions object the Court's exercise of diversity subject matter jurisdiction over this case in light of the shared Delaware citizenship of Gemini and Big River. Big River's motion (Doc. 8) is **MOOT**; it is no longer a party to this case and in no need of dismissal. Furthermore, it appears that the lack of complete diversity about which defendant Midwest Basement Technologies complains in its motion has been cured. *See Johnson v. Wattenbarger,* 361 F.3d 991, (7th Cir. 2004) (noting that

dismissal of a non-diverse party can secure federal diversity jurisdiction that did not exist at the filing of the suit).   Accordingly, the Court **DENIES** Midwest Basement's motion to dismiss (Doc. 14).

**IT IS SO ORDERED.**
**DATED: April 22, 2013**

                                             s/J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**