UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEMINI INSURANCE COMPANY,

    Plaintiff,

    v.

MIDWEST BASEMENT TECHNOLOGIES,
BIG RIVER ZINC CORPORATION,

    Defendants.

Case No. 13-cv-130-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Voluntary Dismissal (Doc. 29) of the remaining claims in this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Gemini Insurance Company. Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the defendant serves an answer or a motion for summary judgment. Midwest Basement Technologies, the only remaining defendant, has not served an answer or motion for summary judgment in this case. Because the plaintiff has an absolute right to dismiss the remaining claims in this case at the present time, the Court finds that those claims are **DISMISSED without prejudice**. In light of the prior voluntary dismissal of all claims against defendant Big River Zinc Corporation (Doc. 16), there are no claims remaining in this case, and the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED: June 10, 2013**

                                          s/J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**